Case 3:20-cv-30164-KAR   Document 1   Filed 10/15/20   Page 1 of 3

FILED
IN CLERKS OFFICE
2020 OCT 15 AM 11:15
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF BOSTON

Michael Cook,
            Plaintiff
vs.                                    Docket #
Sheriff Bowler
Correctional Officer Albano
(In both official & individual
        capacity)
            defendant

This action is being filed under U.S.C. 42 § 1983.

## CIVIL COMPLAINT

1) The plaintiff is an inmate at the Berkshire County Jail, 467 Cheshire Road, Pittsfield, MA

2) The defendant is employed as a Correctional officer at the Berkshire County Jail, 467 Cheshire Road, Pittsfield, MA 01201

4) The plaintiff has not filed any other actions involving [this] matter nor any other in either state or federal court.

5) The plaintiff has exhausted his administrative remedies by filing Grievances to exhaustion. However, the court should note, [this] action involves an assault upon my person by the defendant and therefore jail officials cannot redress this complaint

Cook vs Albano                                                      PG-2

## Statement of Claim

6) On July 23, 2020, I was playing cards in C-Pod at the back table across from the shower stalls.

7) I got into an altercation with another inmate.

8) I blacked out at some point.

9) Later on, numerous inmates told me that C.O. Albano charged at me, never issuing any orders to "freeze" and attacked me. He repeatedly slammed my head against the floor.

10) When I awoke I was sore all over and my back and left eye was injured. I also got head injuries.

11) Jail officials refused to take me to the hospital.

12) I have serious spells of dizziness and headaches.

13) It should be noted that C.O. Albano is notorious for his mistreatment and assaultive behaviour against inmates.

14) I assert that Sheriff Bowler knew of Albano's previous records of assaults and complaints yet did nothing to prevent him

Cook vs Albano                                                PG-3

from violating the Rights of myself and others.

15) A Discovery Motion will show that C.O. Albano has been disciplined and reprimanded many times yet he's still here - Ready to assault and attack someone else.

16) I also requested Jail officials to preserve the video footage of the incident and was told my lawyer must file a subpoena.

17) I ask (this) Court to issue An Order to the Defendant to preserve the video. C-Pod has several cameras.

REDRESS

18) I Demand a TRIAL BY Jury
19) I seek 50,000 in both Punitive and Compensatory damages

Respectfully, Submitted,

_Michael Cook_
Michael Cook, Pro Se Litigant

Dated: 10-12-2020